2 Broadway
New York, NY 10004
212 878-7000 Tel



**Metropolitan Transportation Authority**
State of New York

May 9, 2023

**BY ECF**
The Honorable Denise Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

    RE:    *Kissairis Valerio v. Metropolitan Transportation Authority,*
              *Case No.* 1:23-cv-01938 (DLC)

Dear Judge Cote:

    I represent the Metropolitan Transportation Authority ("MTA"). In accordance with Your Honor's Individual Rules, I write to request an extension of time for the MTA to answer, move or otherwise respond to the Complaint until **June 8, 2023**.

    The Complaint in this matter was filed on March 7, 2023 and a waiver of service was filed on March 24, 2023. Currently, the deadline for the MTA to answer the Complaint is May 9, 2023.

    I have conferred with Plaintiff's counsel and they have consented to extend this deadline up to and including **June 8, 2023** for the MTA to answer, move against, or otherwise respond to the Complaint. This is the first such request for an extension of this date.

    Thank you for Your Honor's time and attention to this matter.

                                Sincerely,

                                /s/ Brian Confino
                                Brian Confino
                                Associate Counsel – Employment
                                Metropolitan Transportation Authority
                                2 Broadway, 4th Floor
                                New York, NY 10004
                                *Counsel for the Defendant*

cc:    Alan E. Wolin, Esq. (via ECF)

*The agencies of the MTA*
MTA New York City Transit     MTA Metro-North Railroad     MTA Capital Construction
MTA Long Island Rail Road     MTA Bridges and Tunnels     MTA Bus Company