```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :     23cv1938(DLC)
KISSAIRIS VALERIO,                       :
                                         :          ORDER
                            Plaintiff,   :
               -v-                       :
                                         :
METROPOLITAN TRANSPORTATION AUTHORITY,   :
                                         :
                            Defendant.   :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

It is hereby

ORDERED that the September 28, 2023 initial pretrial conference is rescheduled to **October 3, 2023** at **11:00am** in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, NY 10007.

Dated:    New York, New York
          September 26, 2023

                                   _____
                                         DENISE COTE
                                   United States District Judge