**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
KISSAIRIS VALERIO,

                Plaintiff,                23 **CIVIL** 1938 (DLC)

    -v-                                      <u>**JUDGMENT**</u>

METROPOLITAN TRANSPORTATION
AUTHORITY,

                Defendant.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 20, 2024, that the defendant's January 26, 2024 motion for summary judgment is granted. Accordingly, the case is closed.

**Dated:** New York, New York
       May 21, 2024

                                                              **RUBY J. KRAJICK**
                                                              Clerk of Court

                                              **BY:**
                                                            _____
                                                               **Deputy Clerk**